# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| BOBBY MITCHELL | CIVIL ACTION NO. 3:18-00459 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| ROBERT MYLES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Bobby Mitchell's claims against Defendant Bennett, Plaintiff's access to court claim against all defendants, as well as Plaintiff's request to charge all Defendants with crimes, are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 9th day of July, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE