# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **BOBBY MITCHELL** | * | CIVIL ACTION NO. 3:18-cv-0459 SEC. P. |
| **VERSUS** | * | JUDGE TERRY A. DOUGHTY |
| **ROBERT MYLES, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that plaintiff's claims against remaining defendants, Robert Myles, "Officer Beckly," and "Cpt. Crain," are hereby **DISMISSED WITH PREJUDICE**. Fed.R.Civ.P. 41(b).

Monroe, Louisiana, this 18th day of October, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**